

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| BREANN WATERHOUSE and ROBERT WATERHOUSE, | § | No. 08-21-00108-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 205th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| STEPHANIE HARRISON and FNU GOFIT, A/K/A CHARLES D. HARRISON, | § | (TC# 2021DCV0998) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellees recover from Appellants pay all costs of this appeal, and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.